**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: D. ERIK VON KIEL, | |
| D. ERIK VON KIEL, Appellant, | CIVIL ACTION NO. 12-4345 |
| v. | BANKRUPTCY NO. 10-21364 |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, Appellee. | |

## ORDER

**AND NOW**, this 7th day of August 2013, having considered fully the briefs and the record on appeal, and for the reasons stated in the Opinion filed this day, it is hereby

**ORDERED** that the Order of the Bankruptcy Court dated June 19, 2012 is **AFFIRMED**.

The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**